Prob 22 (Rev. 01/2024)

| | |
|---|---|
| **TRANSFER OF JURISDICTION** | **DOCKET NO. (Transferring Court)**<br>0864 0:14CR00257-001(DSD) |
| | **DOCKET NO. (Receiving Court)**<br>2:25-cr-00051-JCM-NJK-1 |

| NAME AND LOCATION OF<br>Dennis Charles Helmer | DISTRICT<br>MINNESOTA | DIVISION |
|---|---|---|
| | **NAME OF SENTENCING JUDGE**<br>Honorable David S. Doty | |
| | **DATES OF TSR SUPERVISION** | **FROM**<br>7/25/2023 | **TO**<br>7/24/2026 |

**OFFENSE**

Mail Fraud

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment opportunities, violation of supervision)

Transfer is being requested to allow local supervision to further support Mr. Helmer's adjustment that includes prosocial ties, employment and residency, and community support.

## PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF <u>MINNESOTA</u>

   IT IS HEREBY ORDERED pursuant to 18 U.S.C. § 3605 the jurisdiction of the defendant named above be transferred with the records of this Court to the United States District Court for the <u>District Of Nevada</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervision may be changed by the District Court to which this transfer is made without further inquiry of this Court.

March 6, 2025                                                                  s/David S. Doty

Date                                                                           United States District Judge
                                                                               David S. Doty

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

   IT IS HEREBY ORDERED that jurisdiction of the above defendant be accepted and assumed by this Court from and after the entry of this order.

March 21, 2025                                                                 *[signature: James C. Mahan]*

Effective Date                                                                 United States District Judge

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Dennis Charles Helmer
Case No.: TO BE ASSIGNED

**REQUESTING ACCEPTANCE OF JURISDICTION**

March 7, 2025

TO:   United States District Judge

On July 7, 2015, Dennis Charles Helmer was sentenced in the District of Minnesota by the Honorable Judge David S. Doty to a term of 150 months imprisonment followed by three (3) years of supervised release for committing the offense of Mail Fraud, a Class C Felony. On July 25, 2023, Helmer commenced his supervised release term in the District of Nevada, where he has remained.

Helmer has no intention of returning to the District of Minnesota. Additionally, to address Helmer's violation conduct swiftly, the Probation Office recommends that the Court accept jurisdiction of the case. As noted by his signature on the attached Transfer of Jurisdiction form (Prob 22), U.S. District Court Judge David S. Doty has agreed to relinquish jurisdiction. Should the Court agree with this request, the Transfer of Jurisdiction form is attached for your Honor's signature.

If you should have any questions, please contact the undersigned officer at (702) 527-7266.

Respectfully submitted,

*Briana Casey*
Digitally signed by Briana Casey
Date: 2025.03.07 15:27:14 -08'00'

Briana Casey
United States Probation Officer

Approved:

*Joy Gck*
Digitally signed by Joy Gabonia
Date: 2025.03.07 15:15:00 -08'00'

Joy Gabonia
Supervisory United States Probation Officer